## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## BEAUMONT DIVISION

| | |
|---|---|
| JANE DOE (D.D.J.),<br><br>      Plaintiff,<br><br>  v.<br><br>G6 HOSPITALITY LLC,<br>G6 HOSPITALITY IP, LLC,<br>G6 HOSPITALITY PROPERTY, LLC,<br>G6 HOSPITALITY PURCHASING, LLC,<br>and AESHA, LLC,<br><br>      Defendants. | CIVIL ACTION NO. 1:23-cv-00269 |

## G6 DEFENDANTS' CORPORATE DISCLOSURE STATEMENT

In accordance with Fed. R. Civ. P. 7.1, Defendants G6 Hospitality LLC, G6 Hospitality IP, LLC, G6 Hospitality Property, LLC, and G6 Hospitality Purchasing, LLC (collectively, "G6 Defendants") make the following disclosures:

1.    The undersigned counsel of record for the G6 Defendants certifies that the G6 Defendants have no parent corporation and no publicly held corporation directly owns 10% or more of their stock.

2.    Federal jurisdiction in this case is not based on diversity of citizenship.

Dated: September 25, 2023  Respectfully submitted,

**DLA PIPER LLP (US)**

By:  /s/ Kim J. Askew
**Kim J. Askew**
Texas Bar No. 01391550
DLA PIPER LLP (US)
1900 N. Pearl Street, Suite 200
Dallas, Texas 75201-2482
Phone: (214) 743-4500
Fax: (214) 743-4545
kim.askew@us.dlapiper.com

**Ellen E. Dew**
Maryland State Bar No. 0812180158
(to be admitted *pro hac vice*)
DLA PIPER LLP (US)
6225 Smith Avenue
Baltimore, MD 21209
Phone: (410) 580-4127
Fax: (410) 580-4127
ellen.dew@us.dlapiper.com

**Angela C. Agrusa**
California State Bar No. 131337
(to be admitted *pro hac vice*)
DLA PIPER LLP (US)
2000 Avenue of the Stars, Suite 400
Los Angeles, California 90067-4704
Phone: (310) 595-3000
Fax: (310) 595-3300
angela.agrusa@us.dlapiper.com

*Counsel for G6 Hospitality, LLC, G6 Hospitality IP, LLC, G6 Hospitality Property, LLC, and G6 Hospitality Purchasing, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 25th day of September 2023, a true and correct copy of the foregoing was served via the CM/ECF system, which sent notification of such filing to all counsel of record.

*/s/ Kim J. Askew*
Kim J. Askew